IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01401-WDM-MEH

UNITED VAN LINES, LLC,

    Plaintiff,

v.

ENCORP OLDCO, INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 4, 2006

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL